

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00415-CV

| | | |
|---|---|---|
| MARJORIE WASHINGTON, Appellant | § | On Appeal from County Court at Law No. 1 |
| v. | § | of Tarrant County (2022-005171-1) |
| LIGHT HOUSE FOR THE HOMELESS A/K/A PRESBYTERIAN NIGHT SHELTER, Appellee | § | December 21, 2023 |
| | § | Memorandum Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr